**Order entered February 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01218-CV

## IN THE INTEREST OF A.E.B., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-04970**

## ORDER

By postcard dated December 13, 2018, we directed court reporter Glenda Finkley to file, within thirty days, either the record or written verification no hearings were recorded or appellant had not requested the record. To date, however, Ms. Finkley has not responded.

Because the appeal cannot proceed without the issue of the reporter's record being resolved, we **ORDER** Ms. Finkley to file, no later than March 1, 2019, either the record or the requested verification.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and, the parties.


/s/     KEN MOLBERG
          JUSTICE